1 │ ROBERT L. FORKNER (CSB# 166097)
   │ LAW OFFICES OF ROBERT L. FORKNER
2 │ 722 THIRTEENTH STREET
   │ MODESTO, CALIFORNIA 95354
3 │ TELEPHONE:    (209)544-0200
   │ FAX:          (209)544-1860
4 │
5 │
   │ ATTORNEYS FOR DEFENDANT
6 │ RICARDO RUIZ MONTES
7 │
8 │          IN THE UNITED STATES DISTRICT COURT
9 │          FOR THE EASTERN DISTRICT OF CALIFORNIA
10│
11│
   │ UNITED STATES OF AMERICA,    )    CASE NO. 1:06-CR-00342-AWI
12│                              )
   │                              )    AMENDED STIPULATION TO
13│          Plaintiff,          )    MODIFY CONDITIONS OF RELEASE
   │                              )
14│                              )
   │          vs.                 )
15│                              )
   │ RICARDO RUIZ MONTES,         )
16│                              )
   │                              )
17│          Defendants,          )
   │ _____/
18│
19│
   │        IT IS HEREBY STIPULATED by defendant RICARDO RUIZ MONTES
20│
   │ through his attorneys, ROBERT L. FORKNER and plaintiff United
21│
   │ States of America, through its counsel of record, MCGREGOR W.
22│
   │ SCOTT, United States Attorney for the Eastern District
23│
   │ California, and KATHLEEN A. SERVATIUS, Assistant United States
24│
   │ Attorney, as follows:
25│
   │        Item (S) of the Terms and Conditions of Release which
26│
   │ includes electronic monitoring and curfew shall be deleted as a
27│
   │ Condition of Release.
28│

FILED

MAR  2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

1      Pre-trial services officer DAN STARK has been notified and

2 has no objection to this stipulation.

3

4 Dated: March 1, 2007                      /s/ Robert L. Forkner

5                                    ROBERT L. FORKNER
                                   Attorneys for Defendant

6                                    RICARDO RUIZ MONTES

7

8 Dated: March 1, 2007                      /s/ Kathleen A. Servatius

9                                    KATHLEEN A. SERVATIUS
                                   Assistant U.S. Attorney

10

11

12

13                             ORDER

14      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it

15 is so ordered.

16

17 Dated: March 2, 2007

18

19                                    ANTHONY W. ISHII
                                   United States District Judge

20

21

22

23

24

25

26

27

28                             -2-