**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> ) <br> **RICARDO RUIZ MONTES,** ) <br> ) <br> ) <br> **Defendant.** ) <br> ) <br> _____) | No. CR-F-06-342 OWW <br><br> ORDER GRANTING DEFENDANT <br> MONTES' MOTION TO UNSEAL <br> TRANSCRIPTS OF *IN CAMERA* <br> HEARINGS CONDUCTED ON MAY 7 <br> AND 8, 2008 SUBJECT TO <br> PROTECTIVE ORDER |

Defendant Ricardo Ruiz Montes, by his attorney Gary Huss, moves for an order unsealing the transcripts of *in camera* hearings conducted by the Court on May 7 and 8, 2008 on the ground that these transcripts are relevant to issues being raised on appeal to the Ninth Circuit of Montes' conviction.

Defendant Montes' motion is GRANTED, subject to protective order.  Disclosure of the transcripts and the information contained therein is limited to Mr. Huss for his analysis and use in his professional judgment in Defendant's appeal.  No disclosure shall be made to any third parties not directly

involved in Defendant's appeal except Mr. Huss and the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:   July 6, 2009                              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE